M. P. No. 76-221. WOONSOCKET TEACHERS' GUILD, LOCAL 951 *v.* SCHOOL COMMITTEE OF THE CITY OF WOONSOCKET *et al.* Motion of the intervenor for special assignment is granted and this case is assigned to the November 1976 calendar for oral argument. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler, Richard A. Skolnik, Jordan Stanzler,* for plaintiff. *Richard R. Ackerman, Tobin, LeRoy & Silverstein, Michael A. Silverstein,* for Intervenor, for defendant.

M. P. No. 76-228. EUGENE FOUNTAINE *v.* JAMES W. MULLEN, *Warden.* Motion of petitioner for special assignment denied. *Raymond J. Daniel,* for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 76-229. DENNIS A. SOUZA *v.* JAMES W. MULLEN, *Warden.* Motion of petitioner for special assignment denied. *William J. Burke,* for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 76-248. VERNON H. HARDY *et al. v.* ZONING BOARD OF REVIEW OF THE TOWN OF COVENTRY. Petition for writ of certiorari is granted and the writ shall issue forthwith. Petitioners' motion to supplement the record is denied without prejudice to raising it anew at oral argument. *Marion J. Dillon, Francis J. Maguire,* for petitioners. *Frederick G. Tobin,* Town Solicitor, *Adler, Pollock & Sheehan Incorporated, Edward L. Maggiacomo, Peter Lawson Kennedy, George L. Chimento,* for Greater Providence Development Corporation, for respondent.

M. P. No. 76-268. VITO GESUALDI *v.* BOARD OF REVIEW OF THE DEPARTMENT OF EMPLOYMENT SECURITY *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. *Francis A. Manzi,* for plaintiff-respondent. *Irving J. Bilgor,* Legal Counsel, Board of Review, for defendant-petitioner.